2:11-CR-157-JCM

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF

OCT 11 2012

COURT EXHIBIT
#1

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

I am writing on behalf of my Son Chad Costanza. Let me start out by saying that Chad is a very good young man. He is very caring and respectful.

I have raised Chad + his brother by myself since he was 12 years old. Many boys who grow up in a single parent household tend to go down the wrong path. Chad did not. He went to school everyday, played sports + stayed out of trouble. Once he was out of school, he moved to Georgia with his brother and worked and supported himself.

When Chad decided to move to Las Vegas I was not thrilled, but I supported him. I think being by himself, not knowing anyone made him more vulnerable + that is what contributed to his bad decision. This is the first and only time Chad has been in trouble. I truly believe this was a one time thing and he has accepted responsibility for it like a man. He feels terrible about it and I know in my heart this will never happen again. We all have learned a lot from this experience. Chad is ~~much~~ loved very much by his family + friends. and we just ask that you keep in mind that he is not a bad person. He does not

CRT EX # 1

in our opinion, deserve to spend any more time in jail than he has agreed to. Thank you.

LeAnn Costanza